IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.11-21261-CIV-LENARD/O'SULLIVAN

JENNIFER FERRALES

    Plaintiff,

v.

HOLIDAY CVS, LLC , a Florida limited liability
Company for profit, and CVS PHARMACY,
INC., a foreign corporation for profit

    Defendants.

_____/

## STIPULATION AND MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

The Plaintiff and present counsel for Plaintiff, Jennifer Ferrales, William O. Solms, Jr., of DeMahy Labrador Drake, et al, have stipulated that Melanie Damian and Guy Giberson of Damian & Valori, LLP, will substitute as counsel for Plaintiff from this point in the case forward, and that William O. Solms, Jr., and DeMahy Labrador Drake, et al., shall no longer be responsible in any manner for the prosecution of this case on behalf of the Plaintiff. All pleadings, documents, and things to served upon the Plaintiff shall be served upon Melanie Damian, Esq., mdamian@dvllp, and Guy Giberson, Esq., ggiberson@dvllp, at Damian & Valori, LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131.

Dated this 29th day of July, 2011.

| | |
|---|---|
| *s/ William O. Solms, Jr.*<br>Florida Bar No. 185970<br>wsolms@dldlawyers.com<br>**DEMAHY LABRADOR DRAKE VICTOR PAYNE & CABEZA**<br>Attorneys for Plaintiff to be Substituted<br>150 Alhambra Circle, PH<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-4850<br>Fax: (305) 443-5960 | *s/ Melanie Damian*<br>Florida Bar No. 99392<br>mdamian@dvllp.com<br>*s/ Guy Giberson*<br>Florida Bar No. 627402<br>ggiberson@dvllp.com<br>**DAMIAN & VALORI, LLP**<br>Attorneys for Plaintiff<br>1000 Brickell Avenue<br>Suite 1020<br>Miami, Florida 33131<br>Telephone: (305) 371-3960<br>Fax: (305) 371-3965 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2011, an electronic copy of the foregoing will be served on each individual as listed as a registered participant on the Court's electronic case filing system (CM/ECF).

I FURTHER CERTIFY that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

By:   *s/ Guy F. Giberson*
         GUY F. GIBERSON, ESQ.